# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
## www.flmb.uscourts.gov

In re:  

ROBERTA B. WILLIAMS

      Debtor.[1]

_____/

Case No. 8:25-bk-04918-CED  
Chapter 13

## TRUSTEE'S MOTION TO DISMISS CASE FOR
## FAILURE TO COMPLY WITH THE COURT'S ADMINISTRATIVE ORDER

    Kelly Remick, Chapter 13 Standing Trustee, hereby moves for the entry of an order dismissing this case, and in support thereof states the following:

    1.    The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on July 18, 2025 and a Section 341 Meeting of Creditors was scheduled for August 19, 2025.

    2.    The Debtor has failed to comply with the Court's Administrative Order docketed on July 18, 2025 (Doc. No. 5).

    3.    The Debtor failed to appear at the scheduled Meeting of Creditors.

    4.    The Debtor failed to file a plan that provides for treatment of all secured creditors. The Plan payment is not sufficient to pay the ongoing mortgage payment and the arrears listed.

    5.    The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of all pay stubs, advices or documentation of income sources ("payment advices") for the six month period ending on the last day of the month preceding the month of the petition date.

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

6.  The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of tax returns for the two years preceding the petition date.

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing this case, together with such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished, electronically by CM/ECF and/or by U.S. Mail, to ROBERTA B. WILLIAMS, 7530 Lamplighter Ave., North Port, FL 34287; U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, this 26th day of August, 2025.

/s/ Lydia M. Gazda, Esquire
LYDIA M. GAZDA, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0071842
Attorney for the Trustee

KR/jn